UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA MICHAILIDOU,                              )<br>             Plaintiff,          )<br>v.                                                             )<br>                                            )<br>EASTERN MAINE MEDICAL CENTER  )<br>d/b/a NORTHERN LIGHT EASTERN     )<br>MAINE MEDICAL CENTER,                  )<br>                                            )<br>and                                                          )<br>                                            )<br>BRAD E. WADDELL,                              )<br>             Defendants        ) | CIVIL ACTION<br>Docket No.: |

**NOTICE OF REMOVAL**

Defendants Eastern Maine Medical Center d/b/a Northern Light Eastern Maine Medical Center ("NLEMMC") and Brad E. Waddell ("Dr. Waddell"), by counsel and pursuant to 28 U.S.C. § 1441, *et seq.*, request removal of a civil action commenced in the Penobscot County Superior Court, titled *Maria Michailidou v. Eastern Maine Medical Center d/b/a Northern Light Eastern Maine Medical Center and Brad E. Waddell,* Docket No. PENSC-CIV-2023-00110. In support of removal, Defendants respectfully state:

      1.      Plaintiff Maria Michailidou commenced this action by filing a Complaint in Penobscot Superior Court, Penobscot County, on or about September 19, 2023, a copy of which is attached as Exhibit A to the Declaration of Katharine I. Rand ("Rand Declaration").

      2.      On August 31, 2023, Defendants accepted service of the Complaint.

      3.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it has been filed with this Court within thirty (30) days after receipt by Defendants through service of Plaintiff's Complaint.

4. The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Penobscot County, Maine, where this suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

6. The Complaint asserts federal statutory claims. Thus, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(c) and 1446(a).

7. Each of the Defendants desires to remove the action to this Court.

8. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Summons, and other papers served on Defendants are attached, being all the process, pleadings, and orders served upon Defendants.

9. Pursuant to 28 U.S.C. § 1446(d), Defendants this day are filing a copy of the Notice of Removal with the Penobscot County Superior Court and sending copies of the notice to Plaintiff's counsel.

WHEREFORE, Defendants Eastern Maine Medical Center d/b/a Northern Light Eastern Maine Medical Center and Dr. Waddell respectfully request that the above-captioned action be removed from the Penobscot County Superior Court to this Court.

Dated: September 19, 2023

/s/ Katharine I Rand
Katharine I. Rand

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com

*Counsel for Defendants Northern Light Eastern Maine Medical Center and Brad E. Waddell, M.D.*

#16430422v1

UNITED STATES DISTRICT COURT
ISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2023, I served a copy of Defendants' Notice of Removal by electronic mail to the following counsel of record:

Adam R Lee, Esq.
Trafton, Matzen, Belleu & Frenette, LLP
10 Minot Avenue
PO Box 470
Auburn, ME 04212-0470
alee@tmbf-law.com

Dated: September 19, 2023

                                                /s/ Katharine I Rand
                                                Katharine I. Rand

                                                Pierce Atwood LLP
                                                Merrill's Wharf
                                                254 Commercial Street
                                                Portland, Maine 04101
                                                207-791-1100
                                                krand@pierceatwood.com

                                                *Counsel for Defendants Northern Light Eastern Maine Medical Center and Brad E. Waddell, M.D.*