UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA MICHAILIDOU | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00352-JAW |
| | ) |
| EASTERN MAINE MEDICAL | ) |
| CENTER, et al. | ) |
| Defendant(s), | ) |

## JUDGMENT

In accordance with the Order on Motion for Summary Judgment entered by U.S. District Judge John A. Woodcock, Jr. on October 3, 2025,

JUDGMENT is hereby entered for Defendants Eastern Maine Medical Center and Brad E. Waddell and against Plaintiff Maria Michailidou.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Joanne McCue
      Deputy Clerk

Dated: October 6, 2025